

**RECEIVED APR 10 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.**

**Teddy Moore**
88-35 54th Avenue
Elmhurst NY 11373
(347) 527-1102
E-mail address: tm738@yahoo.com

April 10, 2008.

To: Judge Alvin K. Hellerstein
US District Court, room 1050
500 Pearl Street
New York, NY 10007.

RE: **Moore Vs Korman et al Case: 08-3011(AKH)**

Dear Judge Hellerstein,

Attached please file a motion for your consideration under rule 59,60 of FRCP. I request oral arguments on this motion.

Thank you

Teddy Moore,

Teddy Moore

CC:
1. Mr. Edward R. Korman
2. Mr. Judah Gribetz
3. Mr. Burt Neuborne
4. Pro Se Clerk

*[Handwritten note from Judge:]* The motion for reconsideration is denied. No new fact or proposition of law that I failed to consider is about.

*[Signature]* 4-10-08

08 CIV 3011 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teddy Moore )
                Plaintiff )
)
Vs. )
) NOTICE OF MOTION
)
1. Mr. Edward R. Korman )
2. Mr. Burt Neuborne )
3. Mr. Judah Gribetz )
4. Settlement Fund )
5. John Doe and Jane Doe

                Defendants

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Plaintiff affirmed on 4/10/08 and upon the exhibits attached thereto and the pleadings herein, Plaintiff will move this Court, before Judge Alvin K. Hellerstein, United States District Judge, for an order pursuant to Rule 59,60 of the Federal Rules Of Civil Procedure to reconsider the court decision and provide relief from this decision based on the enclosed documents.

**I declare under penalty of perjury that the foregoing is true and correct**

Respectfully submitted,

Teddy Moore, Pro Se.
88-35 54th Avenue
Elmhurst NY 11373.
347-527-1102

Dated: 4/10/08