UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __9__

-------------------------------------------------

*Moore*

-v-

*Korman, et al*

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-3011__

JUDGE: __AKH__

DATE: __May 12, 2008__

MAY 12 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):    THOMAS R. PISARCZYK
FIRM:    U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS:    500 PEARL STREET, ROOM 370
           NEW YORK, NEW YORK 10007
PHONE NO.:    (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __12th__ Day of __May__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

Moore

-v-

Korman

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3011

JUDGE: AKH

DATE: May 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  | **BALANCE OF FILE MISSING AT THIS TIME** |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12th Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03011-AKH
### Internal Use Only

Moore v. Korman et al
Assigned to: Judge Alvin K. Hellerstein
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/25/2008
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2008 | 1 | COMPLAINT against Edward R. Korman, Burt Neuborne, Judah Gribetz, Settlement Fund, John Doe, Jane Doe. (Filing Fee $ 350.00, Receipt Number 645759)Document filed by Teddy Moore.(mbe) (Entered: 03/26/2008) |
| 03/25/2008 | | SUMMONS ISSUED as to Edward R. Korman, Burt Neuborne, Judah Gribetz, Settlement Fund, John Doe, Jane Doe. (mbe) (Entered: 03/26/2008) |
| 03/25/2008 | | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 03/26/2008) |
| 03/27/2008 | 2 | SUMMONS RETURNED EXECUTED. Judah Gribetz served on 3/25/2008, answer due 4/14/2008. Service was accepted by Secretary Zimerman. Document filed by Teddy Moore. (dle) (Entered: 04/07/2008) |
| 03/27/2008 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Settlement Fund served on 3/25/2008, answer due 4/14/2008. Service was accepted by Richard Kelsy, Secretary to defendants 2 and 4. Document filed by Teddy Moore. (dle) (Entered: 04/07/2008) |
| 03/27/2008 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Service was accepted by Tina and Sam from the Chambers of Judge Edward Korman. Document filed by Teddy Moore. (dle) (Entered: 04/07/2008) |
| 04/07/2008 | 5 | ORDER DISMISSING COMPLAINT: For reasons further set forth in said Order, the complaint is dismissed. The Clerk is instructed to mark the case closed. (Signed by Judge Alvin K. Hellerstein on 4/7/08) (db) (Entered: 04/07/2008) |
| 04/10/2008 | 6 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Teddy Moore dated 4/10/08 re: Request for oral argument on the motion for reconsideration. ENDORSEMENT: The motion for reconsideration is denied. No new fact or proposition plan that I failed to consider is set out. (Signed by Judge Alvin K. Hellerstein on 4/10/08) (cd) (Entered: 04/11/2008) |
| 04/11/2008 | 7 | MOTION request to proceed in forma pauperis on Appeal. Document filed by Teddy Moore.(pl) (Entered: 04/21/2008) |
| 04/11/2008 | 8 | NOTICE OF APPEAL from 5 Order of Dismissal. Document filed by Teddy Moore. (tp) (Entered: 05/12/2008) |
| 04/11/2008 | | Appeal Remark as to 8 Notice of Appeal filed by Teddy Moore. $455.00 APPEAL FEE DUE. IFP DENIED 4/30/08. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 05/12/2008) |