**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

S.D.N.Y.–N.Y.C.
08-cv-3011
Hellerstein, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of July, two thousand eight,

Present:
    Hon. Guido Calabresi,
    Hon. Barrington D. Parker,
        *Circuit Judges*,
    Hon. Richard W. Goldberg,[*]
        *Judge, U.S. Court of International Trade*.

---

Teddy Moore,

    *Plaintiff-Appellant*,

v.                            08-2394-cv

Mr. Edward R. Korman, *et al.*,

    *Defendants-Appellees*.

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*, *en banc* consideration of his appeal, recusal of all of the Judges of this Court and transfer of his case to another Circuit, or, in the alternative, for certain Judges of this Court to recuse themselves. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk

                                        By: *[signature]*

---

[*]The Honorable Richard W. Goldberg, Senior Judge of the United States Court of International Trade, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *Ghislaine Phillips*
Deputy Clerk

ISSUED AS MANDATE AUG 1 4 2008